# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159510(60)
159511

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SKANSKA USA BUILDING, INC.,
             Plaintiff-Appellant,

v

M.A.P. MECHANICAL CONTRACTORS, INC.,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE
COMPANY,
             Defendants-Appellees.
_____/

SC: 159510, 159511
COA: 340871, 341589
Midland CC: 13-009864-CK

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before February 14, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019



Clerk